687 A.2d 265

IN THE MATTER OF JERROLD D. GOLDSTEIN,
AN ATTORNEY AT LAW.

January 16, 1997.

## ORDER

The Disciplinary Review Board on August 5, 1996, having filed with the Court its decision concluding that JERROLD D. GOLD-STEIN of NORTH PLAINFIELD, who was admitted to the bar of this State in 1967, should be reprimanded for violating *R.* 1:21–6 and *RPC* 1.15, by failing to comply with attorney recordkeeping requirements and by negligently misappropriating client funds, and good cause appearing;

It is ORDERED that JERROLD D. GOLDSTEIN is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.